**Willie REESE, Plaintiff—Appellant,**

v.

**ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES; Charlotte Mecklenburg Police Department; Charlotte Narcotic Agency, Defendants—Appellees.**

No. 07–7230.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2008.

Decided: Feb. 11, 2008.

Willie Reese, Appellant Pro Se.

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Reese appeals the district court's order dismissing Reese's 42 U.S.C. § 1983 (2000) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Reese v. Alcohol Tobacco Firearms & Explosives,* No. 3:07–cv–00308–GCM, 2007 WL 2288140 (W.D.N.C. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*